**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 13-6005**

───────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

STEVEN DONEWAN CARR, a/k/a Steven D. Carr,

                Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (5:98-cr-00246-RLV-2)

───────────

Submitted: February 21, 2013     Decided: February 26, 2013

───────────

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Steven Donewan Carr, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Donewan Carr appeals the district court's order denying his motion for reconsideration of its order granting his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction.[*] Because the district court lacked the authority to reconsider its disposition of Carr's § 3582(c)(2) motion, see United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010), we affirm the district court's denial of relief. See United States v. Carr, No. 5:98-cr-00246-RLV-2 (W.D.N.C. Dec. 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

AFFIRMED

---

[*] Although the district court granted Carr's § 3582(c)(2) motion, the reduction granted by the court did not reduce Carr's sentence to the full extent he requested.